UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYLER SCOTT-MONROE RIDGE,

    Defendant.
_____/

Case No. 1:22-cr-182-1

HON. JANE M. BECKERING

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on January 4, 2023 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge (ECF No. 37) is approved and adopted as the opinion of the Court.

2.    Defendant's pleas of guilty are accepted and defendant is adjudicated guilty of the charges set forth in Counts One and Two of the Felony Information.

3.    The written plea agreement is hereby continued under advisement pending sentencing.

Dated:  January 19, 2023

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge